# United States District Court
# Western District of North Carolina

<span style="color:gray">Divisional Office</span> **Division**

| | | |
|---|---|---|
| **William Coleman,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16-cv-00131-FDW |
| | ) | Related Case Number |
| vs. | ) | |
| | ) | |
| **James McRae,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2016 Order.

November 29, 2016

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court